UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HOWARD AKRIDGE, individually and on
behalf of all others similarly situated,

                              Plaintiff,

       -against-                                                20 **CIVIL** 10900 (ER)

                                                                          **JUDGMENT**

WHOLE FOODS MARKET GROUP, INC.,

                              Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2022, Whole Foods' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

          April 27, 2022

                                                                   **RUBY J. KRAJICK**

                                                                      **Clerk of Court**
                              BY:

                                                                      **Deputy Clerk**